UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                              MDL No. 2804

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −27)**

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2017). Since that time, 581 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 08, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of
the original on file in my office. Attest: Sandy Opacich, Clerk
U.S. District Court
Northern District of Ohio
By: /s/Robert Pitts
Deputy Clerk

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                MDL No. 2804

## SCHEDULE CTO−27 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA MIDDLE | | | |
| ALM | 1 | 18−00418 | Henry County, Alabama v. Purdue Pharma L.P. et al |
| ALM | 3 | 18−00423 | City of Tuskegee, Alabama v. Purdue Pharma L.P. et al |
| ALABAMA NORTHERN | | | |
| ALN | 1 | 18−00606 | Cleburne County, Alabama v. Purdue Pharma L P et al |
| ALN | 1 | 18−00612 | City of Weaver, Alabama v. Actavis LLC et al |
| ALN | 2 | 18−00626 | Jefferson County Alabama et al v. Purdue Pharma L.P. et al |
| ALN | 7 | 18−00630 | City of Tuscaloosa, Alabama v. Cardinal Health Inc et al |
| ARIZONA | | | |
| AZ | 2 | 18−01201 | Arizona School Alliance for Workers Compensation Incorporated v. Purdue Pharma LP et al |
| FLORIDA NORTHERN | | | |
| FLN | 3 | 18−00867 | LAKEVIEW CENTER, INC. v. MCKESSON CORPORATION et al |
| FLORIDA SOUTHERN | | | |
| FLS | 1 | 18−21608 | Miami−Dade County, Florida v. AmerisourceBergen Drug Corporation et al |
| GEORGIA NORTHERN | | | |
| GAN | 1 | 18−01662 | ApolloMD Business Services, LLC v. Attain Med, Inc. et al |
| GEORGIA SOUTHERN | | | |
| GAS | 4 | 18−00087 | The Mayor and Alderman of the City of Savannah v. Amerisourcebergen Drug Corporation et al |

LOUISIANA EASTERN

~~LAE 2 18−04165 Roach v. McKesson Corporation, et al~~

MASSACHUSETTS  Opposed 4/30/18

| MA | 1 | 18−10799 | Asbestos Workers Local 6 Health and Welfare Fund et al v. Purdue Pharma, L.P. et al |

MISSISSIPPI NORTHERN

| MSN | 4 | 18−00091 | Greenwood Leflore Hospital v. McKesson Corporation et al |

NEW MEXICO

| ~~NM~~ | ~~1~~ | ~~18−00386~~ | ~~Balderas et al v. Purdue Pharma L.P. et al~~  Opposed 5/7/18 |

OHIO SOUTHERN

| OHS | 2 | 18−00359 | Harrison County Board of Commissioners v. Purdue Pharma L.P. et al |

OREGON

| OR | 2 | 18−00674 | Confederated Tribes of the Umatilla Indian Reservation v. Purdue Pharma L.P. et al |

PENNSYLVANIA MIDDLE

| PAM | 3 | 18−00857 | City of Wilkes Barre, Pennsylvania v. Purdue Pharma L.P. et al |

SOUTH CAROLINA

| ~~SC~~ | ~~6~~ | ~~18−01085~~ | ~~County of Greenville v. Rite Aid of South Carolina Inc et al~~  Opposed 5/7/18 |

WEST VIRGINIA SOUTHERN

| WVS | 2 | 18−00597 | The City of Dunbar, West Virginia v. AmerisourceBergen Drug Corporation et al |